**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**NILDA COLON,**

        **Plaintiff,**

**-vs-**                                                **Case No.  6:07-cv-1276-Orl-19DAB**

**ALL STAR SERVICES, LLC, RAFAEL ARMENTEROS, AVIS BUDGET GROUP, INC.,**

        **Defendants.**

_____

**ORDER AND REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the Stipulation filed by the parties in this case (Doc. No. 26). According to the Stipulation, "Plaintiff's claims against all Defendants are being paid in full." As Plaintiff has not compromised her claim, the settlement is presumptively reasonable and fair, and no hearing or court review is necessary. The hearing scheduled for November 14 is hereby **CANCELLED.** It is respectfully recommended that the Court **dismiss the cause, deny any pending motions as moot, and close the file.**

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 14, 2007.

                                                        *David A. Baker*
                                                  DAVID A. BAKER
                               UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy