**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NILDA COLON,

    Plaintiff,

vs.                                    CASE NO. 6:07-CV-1276-ORL-19DAB

ALL STAR SERVICES, LLC, RAFAEL
ARMENTEROS, AVIS BUDGET GROUP,
INC.,

    Defendants.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 28, filed November 14, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 28) is **ADOPTED and AFFIRMED.** This case is **DISMISSED WITH PREJUDICE,** and all pending motions are denied as moot. The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of November, 2007.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record